WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr., | No. CV 06-443-PHX-EHC |
| Plaintiff, | |
| v. | **ORDER** |
| R. Teed, Correctional Officer II, Arizona Department of Corrections, | |
| Defendant. | |

The parties' Stipulation for Dismissal with Prejudice having been considered, and good cause appearing therefrom,

IT IS HEREBY ORDERED, adjudged, and decreed, approving of said stipulation and the above entitled and numbered cause of action is hereby dismissed with prejudice, the parties to bear their own attorneys fees and costs.

DATED this 29th day of September, 2010.

Earl H. Carroll
United States District Judge